### James Jackson v. John Stiles.

IT was ruled, that if a person be admitted to defend on payment of costs, and, after entering into the consent-rule, keep out of the way to avoid being served with a copy of the *ca. sa.* against the casual ejector, a rule will be granted to show cause, why an attachment should not go against him; and that service of that rule, at the defendant's house, shall be sufficient.